IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TINA M. THOMAS,

    Plaintiff,

vs.

CASINO QUEEN, INC.,

    Defendant.

Case No. 12-cv-147-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' stipulation for dismissal (Doc. 28). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a stipulation of dismissal signed by all parties. Accordingly, this case is **DISMISSED** and the Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** September 9, 2013

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**